Attorneys for Plaintiff(s)

Audrae R. Jones and
James H. Jones, Sr.
1535 W. 55th Street
Los Angeles, CA 90062

In Pro Per

FILED
2009 MAY 12 AM 9:42
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____ CP

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Audrae R. Jones and James H. Jones, Sr. **PLAINTIFF(S)** <br><br> v. <br><br> City of Los Angeles and City of Los Angeles Police Department **DEFENDANT(S).** | CASE NUMBER <br> **CV09 03162** MMM (VBK) <br><br> COMPLAINT FOR CIVIL RIGHTS DAMAGES and COMPENSATORY And Punitive Damages <br> 42 U.S.C. section 1981, 1983 and 1985 |

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY -1 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2009 MAY -5 PM 1:51
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

LODGED

(margin annotations: "IS 20  No Int. Party Form")

a. Parties to this previous lawsuit:
Plaintiff __Audrae R. Jones__

Defendants __Los Angeles County Department of Children and Family Services__

b. Court __USDC Central District of California__

c. Docket or case number __SAC-v09-00065 MMM (VBK) and CV09-00255MMM(VB__

d. Name of judge to whom case was assigned __Victor B. Keaton__

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) __Pending__

f. Issues raised: __Retaliation , racial discrimination and Wrongful Death and Conspiracy__

g. Approximate date of filing lawsuit: __1/23/09 and 1/30/09__

h. Approximate date of disposition __Pending__

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint?  ☐ Yes   ☐ No

   If your answer is no, explain why not __n/a__
   __n/a__
   ~~n/a~~

3. Is the grievance procedure completed?  ☐ Yes   ☐ No __(fail to reply)__

   If your answer is no, explain why not __Because the City of Los Angeles and City of Los Angeles Police Dept. has delayed a response__

4. Please attach copies of papers related to the grievance procedure. __(see attached)__

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Audrae R. Jones and James H.__
(print plaintiff's name)

who presently resides at __1535 W. 55th Street Los Angeles, CA 90062__,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

__Violated by LAPD, ATF, and FBI.__
(institution/city where violation occurred)

---

CV-66 (7/97)      **CIVIL RIGHTS COMPLAINT**      Page 2 of 6

2.

4. Plaintiff Audrae R. Jones, os a 48 year old African American female resident of Los Angeles County, currently residing in the City of Los Angeles. At all times mentioned in this complaint, Plaintiff Audrae R. Jones was a U.S. citizen.

5. Plaintiff James H. Jones, Sr. is a 72 years old African American male resident of Los Angeles County, currently residing in the City of Los Angeles. At all times mentioned in this Complaint, Plaintiff James H. Jones, Sr. was a U.S.(A) citizen.

6. Plaintiff Audrae R. Jones and James H. Jones, Sr. is informed and believes, and thereon alleges, that at all times mentioned in this complaint Defendant William Bratton and Antonio R. Villaraigosa was the mayor of Los Angeles, and was resposible for the supervision of subordinate personnel, as well as for safety and protection of all its citizen in Los Angeles City, including Precinit.

7. At all times mentioned in this compliant, each individual Defendant was acting in their official capacity and in the scope of their employment.

on (date or dates) __4/7/07__ , __4/16/09__ , _____ .
                      (Claim I)        (Claim II)        (Claim III)

**NOTE:**  You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

Defendant  __Antonio Vilaraigosa_____ resides or works at
           (full name of first defendant)

__200 N. Los Angeles Street, City Hall LA, CA 90013__
(full address of first defendant)

__Mayor__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

Deliberate indifference to the rights of Citizens, failure to train, supervise, and discipline staff, cover up and conspiracy

Defendant  __William J. Bratton_____ resides or works at
           (full name of first defendant)

__150 North Los Angeles St., Los Angeles, CA 90013__
(full address of first defendant)

__Chief of Los Angeles Police Department__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

Diliberate indifference to citizens' rights, deliberate and purposeful discrimination, deliberate retaliation, and failure to train   and supervise

Defendant  __John Romero, Lieutenant_____ resides or works at
           (full name of first defendant)

__11640 Burbank Blvd. North Hollywood, CA 91610__
(full address of first defendant)

__Lieutenant   (818) 623-4016__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

Deliberate Indifference to the rights of Citizens, failure to train, supervise and discipline staff,

cover up, conspiracy, and deliberate retaliation and racial discrimination

4

on (date or dates) ___4/4/07___, ___4/16/09___, _____.
                                  (Claim I)          (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1̶ 1. Defendant  Jon Goode #26865 _____ resides or works at
                  (full name of first defendant)

               7600 S. Broadway Los Angeles, CA 90003
               (full address of first defendant)

               Sergeant
               (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
Deliberate indifference to the right of citizens, failure to train, supervise and discipline, cover up ,

conspiracy and retaliation and racial discrimination.

1̶ 2. Defendant  Gary Raives  V9103 _____ resides or works at
                  (full name of first defendant)

               150 North Los Angeles Street, LA, CA 90012
               (full address of first defendant)

               photographer
               (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
Deliberate indifference to the rights of citizens, failure to train, supervise and discipline, cover up, denial of access

to court and deliberate retaliation and racial discrimination.

1̶ 3. Defendant  DOES 1-10 _____ resides or works at
                  (full name of first defendant)

              150 NORTH LOS ANGELES STREET LOS ANGELES, CA
               (full address of first defendant)

              LOS ANGELES POLICE OFFICERS
               (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
  Deliberate Indifference to the right of citizen's cover-up, and
    Deliberate retialiation and racial discrimination

5

---
CV-66 (7/97)                 **CIVIL RIGHTS COMPLAINT**                Page 3 of 6

14\. Defendant  Chris Ramirez, sergeant _____ resides or works at
(full name of first defendant)

2710 West Temple Street, LA, CA 90026
(full address of first defendant)

LAPD Sergeant
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

Deliberate indifference to the rights of citizens, failure to train, supervise and discipline staff, cover up, conspiracy and retaliation and racial discrimination.

15\. Defendant  Bill Driver, Sergeant _____ resides or works at
(full name of first defendant)

200 No. Main Street Room 200, LA, CA 90012
(full address of first defendant)

Sergeant of LAPD
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both):  ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

Deliberate indifference to the rights of citizens, failure to train, supervise and discipline staff, cover up, conspiracy and retaliation and racial profile.

## FACTS

13. On or about April 7, 2007, approximately 0400am, the Plaintiff Audrae R. Jones And James H. Jones, Sr. resided at 1535 W. 55th Street, Los Angeles, CA, when Defendants John A. Romero, #25756, Jon Goode #26865, Gary Ravies, Chris Ramirez #25666, and Bill Driver Doe 1 through 10 from (ATF) Alcohol, Tobacco and Firearms (and FBI) Federal Bureau of Investigation tore down the front door of Plaintiffs' house and entered with guns and mace drawn out.

14. Plaintiff Jones and Jones Sr. alleged that Defendants William J. Bratton, Chief of Los Angeles Police Department and Major Antonio R. Villaraigosa, issued a memo dated 4/12/07 to all members of the 77th Street Community who were allegedly gang members residing in or around the 77th Street Division.

15. Plaintiff Jones and Jones Sr. alleges they had Defendants Romero #25426, Jon Goode #26865, Gary Ravies, Ramirez #25666, Driver and Doe 1 through 10 had illegally and unlawfully raided Plaintiff Jones Sr.'s house and took his possessions, such as a safe, gun, saving bonds, and other saundry papers and items without a warrant issued for James H. Jones, Sr.

16. Plaintiff Audrae R. Jones alleges that Defendants Romero #25726, Ravies, Goode #26865, Ramirez# 25666, Driver and other Does 1 through 10 had guns drawn at her head in her night gown.

17. Plaintiff Audrae R. Jones also alleges she called 911 to complain about intruders at her door stating that they were the police, the operator told Plaintiff Audrae R. Jones, that there were no officers at the 1535 W. 55th Street address.

18. Plaintiff Jones Sr alleges that Defendant Romero #25726, Raives, Goode #26865, Ramirez #25666, Driver, and other Does 1 through 10 confiscated his safe, threatened and intimated him into open in and/or giving him the keys to open it.

19. Plaintiff Jones Sr. complied with the Defendants, who took his possessions and never returned in (2) two years, nor did Defendants William J. Bratton, Chief and/or Antonio R. Villaraigosa, Mayor issue any letters to him to come and pickup his property in 2 years.

20. Plaintiff Jones and Jones Sr., filed LAPD complaints against Defendants Romero #25726, Ravies, Goode 26865, Ramirez 25666, Driver, and other Does 1 through 10, BUT Doe 11 did not respond to their Citizen's compliant, thereby obstructing Plaintiffs Jones and Jones Sr. access to state/federal court to redress grievances.

21. From April 7, 2007 to April 15, 2009, Plaintiffs Jones and Jones, Sr. submitted numerous LAPD Citizen's Complaint and wrote letters to Defendants William Bratton, and/or Antonio R. Villaraigosa about returning property and/or officers conduct, to no avail.

22. On April 15, 2009, approximately 1:30 pm, the Plaintiff Jones Sr. hand delivered a LAPD complaint to 77th Street Division Police Department, who talked to Sergeant Chavas who investigated the matter, and discovered that the Defendants had his property for over 2 years, which he wasn't notified of.

23. On the same day, the Plaintiff Jones Sr. had spoke to Detective II Martina Villalobos about the return of property, who told Plaintiff Jones Sr., she had to go to the Second Appellate District Judge to sign off on property.

24. From April 7, 2007 to April 15, 2009, Defendants have repeatedly delayed, denied and/or withheld his property and fail and refuse to return it. Said intentional confiscation of property, included, but not limited to, gun, safe, savings bonds , and jewelry.

25. From April 7, 2007 to April 15, 2009, Defendants have, on a sporadic basis, failed and refused to return property and/or inform of property and pay for replacing door. Defendants have also on several occasions during this time period failed to provide Plaintiff Jones and/or Jones, Sr. with necessary paper to fill our and/or pick up property illegally taken for 2 years.

26. From April 7, 2007 to present Defendants have subjected Plaintiff to hostility and abuse in apparent retaliation for Plaintiffs effort to report the illegal search and seizure of their home with a proper search warrant. Said conduct of the Defendants has included, but not limited to submitting false statements and/or misleading reports on Plaintiffs' address that gang members live at their location, and/or denying and/or obstructing the grievance system for irregularly long periods of time, denying and withholding access to Plaintiff's property.

27. Plaintiff Jones and Jones, Sr. filed numerous letters and LAPD Employee misconduct complaints through Defendants Doe 16 internal affairs and City of Los Angeles relative to Defendant's conduct described herein above. On such letter dated from April 7, 2007 to present (see exhibit A through D), wherein Plaintiffs complained of their abuse and illegal search and seizure.

28. The individual Defendants acted and conspired together to conceal and cover up the true facts surrounding their deliberate indifference and racist conduct. From April 7$^t$, 20007 to present Plaintiff had been impeded in their ability to pursue exhaustion of remedies and seek their property by Defendants, subjected to deliberate retaliation and deliberate and purposeful discrimination by Defendants conduct to discourage Plaintiffs from filing complaints concerning their property and racially motivated search, refused to cooperative with Plaintiff in processing their grievances and/or request. This attempt to cover up and conceal the true facts surrounding the illegal search and seizure and deliberate indifference to health/safety by Defendants intentional creation of false documents to exclude from the grievance. In addition, Defendants fabricated evidence, doctored evidence, and falsified and misrepresented the true facts concerning their property and illegal search and seizure and denied and obstructed judicial review for 2 years.

29. After the deliberate retaliation and purposeful discrimination and unjustifiable delay in access to the grievance system certain Defendants conspired to deny and obstruct their access to the court and government complaint review board of the Internal Affairs office. Plaintiff's has suffered actual injury to their health, mental and emotional aguish and retaliation and discrimination in challenging defendants illegal search and seizure.

30. Plaintiff is informed and believes, and therein alleges that perpetrating the foregoing acts, each individual defendant(s) was the agent or employee of each other defendant, was acting under the color of law within the course and scope of such agency or employment and was acting under color of state law and municipal authority.

31. The Defendants Bratton and Villaraigosa ether explicitly and/or implicitly authorized and ratified the outrageous conduct and wrongful acts perpetrated by certain of the Defendants herein. The Plaintiffs James H. Jones, Sr. and Audrae R. Jones illegal search and seizure was retaliatory was foreseeable results of the defacto policies, practices, and pervasive and enduring customs of Defendant Antonio Villaraigosa and to punish and retaliate against Black citizens reporting such invasive practices, subject to officers misconduct and retaliate without allowing Plaintiff and/or Citizen's to access the grievance system and court and inherently violent and dangerous searches, verbal abuse practices and conceal and other wise cover up the wrongful illegal search and seizure. In particular, Audrae R. Jones and James H. Jones, Sr. were reasonably foreseeable products of City of Los Angeles and City of Los Angeles Police Department tactics against citizens who report staff misconduct. Further foster and atmosphere of overt and passive racism, which the Defendants City of Los Angeles and City of Los Angeles Police Department contribute substantially to the nature and severity of Plaintiffs injuries.

~~15.~~ 9

32. For a substantial period of time prior to, comtemporeously to Plaintiff Audrae R. Jones and James H. Jones Sr., Plaintiff was subjected to deliberate retaliation and deliberate and purposeful discrimination by Defendants Bratton who implemented and maintained and tolerated the following practices and customs:

a. Hiring and/or failing to assign, supervise and control officers conduct known of or should have known of officers who deliberatively, discriminated and/or abuse citizens.
b. Failing to properly discipline officers who engaged in the deliberate indifference to health/safety.
c. Failing to conduct adequate investigation of reported officer misconduct and maintain and organize effective system for reporting and investigating incidents:

d. Discouraging the public from reporting officers misconduct and otherwise acting to conceal and cover up officer culpability:

e. Improperly training officers with respect to, among other things, properly searching citizen's houses;

f. Fostering a code of silence among the rank of LAPD and Internal Affairs Office;

33. Plaintiffs Audrae R. Jones and James H. Jones Sr. deliberate retaliation and illegal search and seizure was reasonable foreseeable results of each Defendants defacto policies, practice and customs alleged in Paragraph 32 herein above, acquiesced in and condoned such policies, practices and customs, and were deliberately indifferent to their foreseeable affect and consequences with respect to the Constitutional Rights of Plaintiffs and/or other similar situated.

34. In perpetrating, sanctioning, tolerating and /or ratifying the outrageous conduct and wrongful acts described herein defendants, each of them were deliberate indifferent and motivated by class based racial animus characterized by invidious anti-black hatred resentment and hostility. Defendants acted with an intentional reckless and/or callous disregard for and deliberate indifference toward the life of Plaintiffs Audrae R. Jones and James H. Jones , Sr. and their human constitutional rights. Defendants actions each of them shocked the conscience and were willfully oppressive, malicious, fraudently and highly offensive to any person of normal sensibilities.

35. Notwithstanding Audrae R. Jones and James H. Jones Sr. willingness to comply with officers, Defendants directives, they denied and excluded from their personal property resulting from illegal search and seizure. The foregoing tactics were entirely our of proportion to the policies and practices of the city of Los Angeles

Police Department, and of strenuous and prolong application as to outrage and offend a person of normal sensibilities.

36. As a direct and immediate result of the foregoing aforementioned deliberate retaliation and deliberate and purposeful discrimination and illegal search and seizure grave bodily and emotional injuries causing permanent injury to both their persons and psyches. Plaintiff has been hurt and injured in their health, strength, mental stability and access to the courts, all of which injuries have caused and continue to cause Plaintiff great physical and emotional pain and suffering, shock, distress, anxiety, heart and health problems, degradation, humiliation and anguish. Further, the polices, practices and customs implemented and maintained and tolerated by the Defendants Villaraigosa and Bratton, supervising personnel and policy makers of the entities, were affirmatively linked to and the moving force behind the injuries and other damages sustained by the Plaintiff herein.

37. Foregoing injuries caused Plaintiff to accrue loss of work, loss of job, medical/mental health related expenses in amount in accordance with proof.

38. On or about April 2007, the Plaintiff Audrae R. Jones and James H. Jones, Sr. submitted a claim for damages to the City of Los Angeles.

39. On or about January 31, 2008, the City of Los Angeles did acknowledge receipt of Plaintiff Audrae R. Jones' claim (see Exhibit A)

40. Plaintiff Jones H. Jones, Sr. did not receive a response to his claim made with his daughter Audrae R. Jones in separate envelope.

41. On or about April 14, 2009, Plaintiff James H. Jones, Sr. had hand walked a claim for damages for April 7, 2007 and April 14, 2009 to the City of Los Angeles clerk's office. (see Exhibit B and C ).

42. On or about April 17, 2009, the City of Los Angeles did acknowledge receipt of Plaintiff James H. Jones, Sr. claim using the forms designated by the City of Los Angeles. The claim state the basic facts giving rise to the case of action herein and set forth Plaintiff's Claim with particularity (see Exhibit A , B and C )

## FIRST CLAIM FOR RELIEF

(Violation of Forth Amendment, Right to have personal Safety)

43. Plaintiffs Audrae R. Jones and James H. Jones Sr., realleges and incorporates by reference each of the general allegations of Paragraph 13 through 42, inclusive, as if alleged herein.

44. Defendants have denied Plaintiffs Audrae R. Jones and James H. Jones Sr. their Fourteenth Amendment Right to be free from illegal search and seizure and right to be from cruel and unusual punishment in the form of deprivation of personal safety, thus denying a basic human need guaranteed to citizen's by the United States Constitution.

45. In doing as alleged herein above, Defendants acted with deliberate indifference to Plaintiff Audrae R. Jones and James H. Jones, Sr. personal safety, and subjected them to unnecessary and wanton infliction of pain, including physical injury and psychological and emotional distress, in violation of their rights under the Fourteenth Amendment. Specifically, Defendants were deliberately indifferent to Plaintiff Audrae R. Jones and James H. Jones, Sr. Personal safety when they intentionally, knowingly, ad maliciously inflicted physical abuse and humiliation on Plaintiffs by subjecting them to illegal search and seizure.

46. Defendants acted despicably, knowingly, willfully and maliciously, or reckless or callous disregard for Plaintiff Audrae R. Jones and James H. Jones, Sr. federally protected rights.

47. As a direct and proximate result of all the Defendants actions herein alleged, Plaintiff's suffered and continue to suffer, physical and emotional injury. Plaintiffs Jones and Jones, Sr. is entitled to an award of compensatory and punitive damages for injuries suffered.

## SECOND CLAIM FOR RELIEF

(Violation of Plaintiffs Fourteenth Right to the United States Constitution Conspiracy and Retaliation and Discrimination)

48. Plaintiff realleges and incorporates each allegation of Paragraph 13 through 42, inclusive, as if alleges herein.

49. Plaintiffs have been deprived by Defendants acting under color of the state law, willfully, intentionally, and knowingly, and immunities secured by the Constitution and the laws of the United States including, the Fourteenth Amendment, inter alia;

a. Failing and/or refusing to process grievances;

b. Failing and/or refusing to investigation officier misconduct;

c. Intentionally, knowingly and despicably subjecting Plaintiff to illegal search and seizure.

d. Interfering with Plaintiff's right to redress grivence for their injuries to conceal and cover up for Defendants misconduct;

e. Combing and conspiracy to deprive of Plaintiffs of their federally constitutionally protected right;

f. Denying Plaintiff of due process of law; and

g. implementing, maintaining and tolerating polices, practices and customs which resulted in the illegal action and approximately caused Plaintiff Jones and Jones Sr. injuries here alleged.

### THIRD CLAIM FOR RELIEF

(Defendants conspired to Deprive of Access to Courts Rights and Privileges)

50. Plaintiffs realleges and incorporate by reference each alllegation of Paragraph 13 through 42, inclusive, as if alleges herein.

51. By subjecting Plaintiff to deliberate realiation, deliberate and purposeful discrimination, threats, intimidation and punishment for writing Internal Affairs Office, the Defendants violated Plaintiff's Fourteenth Amendment Right by subjecting to threats, intimidation, and punishment by subjecting to retaliation and denial of access to the courts. Defendants are fully aware of the risk and deliberate indifferent to the possible consequences to Plaintiff right.

## FOURTH CLAIM FOR RELIEF

**(Government Interference and Denial of Right of Access to Courts and Discrimination and Retaliation)**

52. Plaintiff realleges and incorporates by reference each allegation by reference of Paragraph 13 through 42, inclusive, as if alleges herein.

53. Defendants heave further violated Plaintiffs first Amendment Right in that Plaintiff Audrae R. Jones and James H. Jones, Sr. illegal search and seizure, right to file complaints, and racial discrimination was discriminatory and retaliatory and constituted retaliation taken against Plaintiffs for the exercise of their constitutionally protected right to engage in legal and legitimate civil rights actions.

## FIFTH CLAIM FOR RELIEF

**(The Defendants should Pay Attorney Fees)**

54. Plaintiff realleges and incorporate by references each allegation of Paragraph 13 through 42, inclusive, as if alleges herein.

55. 42 U.S.C. Section, 1988. Defendants should pay for attorneys fees to the extent the personal resources of the individual Defendants herein are deficient in the amount necessary to furnish a suitable remedy to Plaintiff, Defendants City of Los Angeles and City of Los Angeles Police Department are liable for such deficiencies pursuant to California Code Section 815.2(a).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Audrae R. Jones and James H. Jones, Sr. seeks judgment as follows:

a. Compensatory, general and special damages in the amount accordance with proof:

b. Punitive damages (against each of the individual Defendants) in the amount sufficient to deter others;

c. Reasonable attorney's fees and expenses of litigation;

## Verification

We are the Plaintiffs in this action, we have read the foregoing Civil Rights Action and the facts stated therein are true dated on my own information and belief, and as to those matters we believe them to be true. Executed on April 22, 2009, at Los Angeles, CA.

*Audrae R. Jones*
Audrae R. Jones
In Pro Per

*James H. Jones, Sr.*
James H. Jones, Sr.
In Pro Per

~~22.~~ 15

d. Cost of suit necessary and incurred, and

e. Such further relief as the court deem just and proper.

Dated: April 22, 2009                    Respectfully Submitted,

 

Audrae R. Jones
In Pro Per

 

James H. Jones
In Pro Per

## PROOF OF SERVICE BY MAIL
## C.C.P. 1013a

I declare that I am a resident of or employed in the County of __Los Angeles__, California. I am over the age of 18 years and ~~not~~ a party to the within entitled cause. The name and address of my residence or business is 1535 W. 55th ST Los Angeles, Ca 90062.

I am readily familiar with the ordinary practice of the business of collecting, processing and depositing correspondence in the United States Postal Service and that the correspondence will be deposited the same day with postage thereon fully prepaid.

On April 22nd, 2009, I served the Summons and Complaint, Notice of Lodging Records (cover sheet) on the parties listed below by placing a true copy thereof enclosed in a sealed envelope for collection and mailing in the United States Postal Service following ordinary business practices at Los Angeles, California addressed as follows:

United State District Court
Central District California
312 North Spring Street Rm. G-8
Los Angeles, Ca 90013

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 22, 2009, at Los Angeles, California.

Audrae R. Jones                          Audrae R. Jones
(Type or print name)                     (Signature)

(Rev. 07/89)   CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

Audrae R. Jones and
James H. Jones, Sr. et al

In Pro Per

## DEFENDANTS

City of Los Angeles and
City of Los Angeles Police
Department

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

1535 W. 55th Street
Los Angeles, CA 90062

ATTORNEYS (IF KNOWN)

City of Los Angeles
Attorney's Office

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only) (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated or Principal Place of Business in This State | | |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | | |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | | |

## IV. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. REQUESTED IN COMPLAINT:

$1,500.000.00

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ $1,500,000.00

Check YES only if demanded in complaint:
JURY DEMAND: [ ] YES

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

(4th and 14th Amendment to U.S. Constitution) Illegal search and seizure, retaliation and racial discrimination.

## VII. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | [x] 362 Personal Injury- Med Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury- Product Liability | 625 Drug Related Seizure of Property 21 | PROPERTY RIGHTS | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | | 820 Copyrights | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers Liability | | 630 Liquor Laws | 830 Patent | 460 Deportation |
| 151 Medicare Act | 340 Marine | PERSONAL PROPERTY | 640 R.R. & Truck | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 370 Other Fraud | 650 Airline Regs | SOCIAL SECURITY | 810 Selective Service |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 371 Truth in Lending | 660 Occupational Safety/Health | 861 HIA (1395ff) | 850 Securities/Commodities/Exchange |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | 690 Other | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | LABOR | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| 195 Contract Product Liability | | | 710 Fair Labor Standards Act | 864 SSID Title XVI | 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 720 Labor/Mgmt. Relations | 865 RSI (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence Habeas Corpus | 730 Labor/Mgmt. Reporting & Disclosure Act | FEDERAL TAX SUITS | 894 Energy Allocation Act |
| 220 Foreclosure | 442 Employment | | | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations | 530 General | 740 Railway Labor Act | 871 IRS-Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | 790 Other Labor Litigation | | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | [x] 440 Other Civil Rights | 540 Mandamus & Other | | | 890 Other Statutory Actions |
| 290 All Other Real Property | | 550 Civil Rights | 791 Empl. Ret. Inc. Security Act | | |

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____   DOCKET NUMBER _____

CV09 03162

The JS-44 Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, required pursuant to Local Rule 3.3 and is used by the Clerk of Court for the purpose of initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet)

---

**AFTER COMPLETING THE FRONT SIDE OF FORM JS-44C, COMPLETE THE INFORMATION REQUESTED BELOW.**

Has this action previously been filed and dismissed, remanded, or closed?

　X　No　　　　　___Yes　　Case No. _____

RELATED CASE(S), IF ANY: _____

CIVIL CASES ARE DEEMED RELATED IF A PREVIOUSLY FILED CASE AND THE PRESENT CASE:

A.　Appear to arise from the same or substantially identical transactions, happenings or events;

B.　Involve the same or substantially the same parties or property;

C.　Involve the same patent, trademark or copyright;

D.　Call for determination of the same or substantially identical questions of law, or

E.　Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

List the California County or State (if other than California) in which each named plaintiff resides. (Use an additional sheet if necessary)

　　　　LOS ANGELES COUNTY

List the California County or State (if other than California) in which each named defendant resides. (Use an additional sheet if necessary)

　　　　LOS ANGELES COUNTY

List the California County or State (if other than California) in which each claim arose. (Use an additional sheet if necessary)

　　　　LOS ANGELES COUNTY

---

Key to Statistical Codes relating to Social Security Cases:

| NATURE OF SUIT CODE | ABBREVIATION | SUBSTANTIVE STATEMENT OF CAUSE OF ACTION |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (medicare) under Title 18, Part A, of the Social Security Act, as amended. Also include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program (42 USC 1935FF.(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 USC 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended, plus all claims filed for child's insurance benefits based on disability. (42 USC 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 USC 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended (42 USC (g)) |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Audrae R. Jones and James H. Jones, Sr.<br><br>PLAINTIFF(S)<br>v.<br>City of Los Angeles and City of Los Angeles Police Department<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV09-3162 MMM (VBK)<br><br><br>SUMMONS |

TO:     DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Audrae R. Jones_____, whose address is _1535 W. 55th Street, Los Angeles, CA 90062_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _5/12/09_____

By: _C. Powers_____
      Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

FOR OFFICE USE ONLY

---
CV-01A (12/07)                                    SUMMONS