JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AUDRAE R. JONES, et al., | No. CV 09-03162-MMM (VBK) |
| Plaintiffs, | JUDGMENT |
| v. | |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action without prejudice.

DATED: October 30, 2009

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE